No. 78–6733. BARNETT ET UX. *v.* Cox, U. S. DISTRICT JUDGE, ET AL.;

No. 78–6856. MAGEE *v.* WILKINS, U. S. DISTRICT JUDGE, ET AL.;

No. 78–6860. FLANAGAN *v.* U. S. COURT OF APPEALS FOR THE FIFTH CIRCUIT ET AL.;

No. 79–31. COX *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL.;

No. 79–5053. GREEN ET AL. *v.* HUNTER, U. S. DISTRICT JUDGE, ET AL.;

No. 79–5094. POWELL *v.* MALABUYO, DEPUTY CLERK, U. S. COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL.; and

No. 79–5095. DAVIS *v.* BRYAN, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 78–6686. DAVIS ET AL. *v.* HUNTER, U. S. DISTRICT JUDGE, ET AL.;

No. 78–6795. JONES *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL.; and

No. 79–75. KNIGHT ET AL. *v.* HEANEY, U. S. CIRCUIT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus and/or prohibition denied.

No. 79–5083. INTERSIMONE *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 78–6739. MAY *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motion for leave to file petition for writ of prohibition denied.

No. 79–5181. DAVIS *v.* RUSSELL ET AL., U. S. CIRCUIT JUDGES. Motion for leave to file petition for writ of prohibition and/or mandamus denied.